NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID G. MAYESKE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3167

---

Petition for review of an arbitrator's decision by David P. Clark.

---

## ON MOTION

---

## ORDER

David G. Mayeske moves for an extension of time, until November 14, 2011, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

DEC 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David G. Mayeske
     Courtney S. McNamara, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 7 2011

JAN HORBALY
CLERK